IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KAULIK,

      Petitioner,               No. 2:09-cv-2611 GEB KJN (HC)

   vs.

M. MARTEL, et al.,

      Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of mandamus.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 28, 2010, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 28, 2010, are adopted in full; and

2. The petition for writ of mandamus is dismissed without prejudice and petitioner is granted thirty days from service of this order to file a complaint under the Civil Rights Act, 42 U.S.C. § 1983.

Dated: March 22, 2010

GARLAND E. BURRELL, JR.
United States District Judge