IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KAULIK,

      Plaintiff,                    No. 2:09-cv-2611 GEB KJN P

  vs.

M. MARTEL, et al.,

      Defendants.         <u>ORDER</u>

                       /

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's motion for the appointment of counsel is denied.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 24, 2010 motion for the appointment of counsel (Dkt. No. 17) is denied.

DATED: April 14, 2010

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kaul2611.31