IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN KAULICK,

    Plaintiff,  No. 2:09-cv-2611 GEB KJN P

    vs.

MARTEL, et al.,

    Defendants.  <u>ORDER</u>

/

        On April 28, 2010, plaintiff filed an objection to the denial of his March 24, 2010 request for appointment of counsel, which was denied on April 16, 2010. (Dkt. No. 20.) The court construes plaintiff's objection as a request for reconsideration of the magistrate judge's April 16 order. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 16, 2010, is affirmed.

Dated: June 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge